THE STATE OF OHIO, APPELLANT, *v.* CRAGER, APPELLEE.

[Cite as *State v. Crager,* 123 Ohio St.3d 1210, 2009-Ohio-4760.]

(Nos. 2006–0294 and 2006–0298—Submitted August
11, 2009—Decided September 17, 2009.)

{¶ 1} This court issued its judgment in this cause on December 27, 2007. *State v. Crager,* 116 Ohio St.3d 369, 2007-Ohio-6840, 879 N.E.2d 745.

{¶ 2} On June 29, 2009, the Supreme Court of the United States vacated that judgment and remanded the cause to this court for further consideration in light of *Melendez–Diaz v. Massachusetts* (2009), 557 U.S. ——, 129 S.Ct. 2527, 174 L.Ed.2d 314. *Crager v. Ohio,* —— U.S. ——, 129 S.Ct. 2856, 174 L.Ed.2d 598.

{¶ 3} Because the trial court has not had an opportunity to address the admissibility of the DNA evidence admitted at the trial in light of the holding in *Melendez–Diaz v. Massachusetts,* we sua sponte vacate the judgment of the trial court and remand the cause to the trial court for a new trial consistent with *Melendez–Diaz v. Massachusetts.*

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and LANZINGER, JJ., concur.

CUPP, J., not participating.

Brent Yager, Marion County Prosecuting Attorney, for appellant.

Collins & Lowther, L.P.A., and Kevin P. Collins, for appellee.